UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WYATT BUNCH d/b/a JAYELL RANCH, BUNCH ENTERPRISES, LLC JAYELL PROPERTIES, LLC, ELAINE HANLIN, and ROGER HANLIN, | ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. 3:17-CV-00353

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come the Plaintiff, Nautilus Insurance Company ("Nautilus") and Defendants Elaine Hanlin and Roger Hanlin ("Hanlin Defendants"), by and through their respective counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and file this Stipulation of Dismissal With Prejudice. The parties hereby stipulate that the above styled case has been settled and is hereby dismissed in its entirety with prejudice, dismissing all claims against all defendants with each party to bears its own attorney's fees, costs and discretionary costs.

**Stipulated and respectfully submitted** this 4th day of December, 2017.

By: /s/ Reuben N. Pelot, IV
**REUBEN N. PELOT, IV, ESQ., BPR#014986**
EGERTON, McAFEE, ARMISTEAD & DAVIS, P.C.
900 S. Gay Street, Suite 1400
Knoxville, TN 37902
(865) 546-0500
rpelot@emlaw.com
*Attorney for Nautilus Insurance Company*

By: /s/ Robert E. Pryor, Jr.
**ROBERT E. PRYOR, JR., ESQ., BPR#017525**
PRYOR, PRIEST, HARBER, FLOYD & COFFEY
625 S. Gay Street, Suite 600
P.O. Box 870
Knoxville, TN 37901-0870
Phone: (865) 522-4191
repryorjr@knoxvillelaw.com
*Attorney for Elaine and Roger Hanlin*

# CERTIFICATE OF SERVICE

I do hereby certify that I have on this 4th day of December, 2017 filed a copy of the foregoing stipulation with the Clerk of Court using the CM-ECF system which will send electronic notification of such filing to all counsel of record.

I further hereby certify that a true and exact copy of this document has been served upon counsel for the Hanlin Defendants by delivering a true and exact copy of said document to the offices of said counsel via email, addressed to Robert E. Pryor, Jr., via his email address repryorjr@knoxvillelaw.com and upon the remaining Defendants as follows:

**Wyatt Bunch d/b/a Jayell Ranch**
**Bunch Enterprises, LLC**
**c/o Garrett Asher, Esq.**
**Surber, Asher, Surber & Moushon, PLLC**
**Plaza I, Suite 480**
**220 Athens Way**
**Nashville, TN 37228**
**Via Email** gasher@tennlawfirm.com

**Jayell Properties, LLC**
**c/o Kent Merritt, Registered Agent**
**2102 Hornbuckle Lane**
**Sevierville, TN 37876**
**Via Email** kmerritt@thecherokeegroup.net

                                                 s/ Reuben N. Pelot, IV
                                                 Reuben N. Pelot, IV